| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Dubina, Joel F. | 2. Court or Organization U.S. Court of Appeals/11th Cir | 3. Date of Report 05/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. Circuit Judge -- Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address Post Office Box 867 Montgomery, AL 36101-0867 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Investments Unlimited, a limited liability corp. ("LLC") |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 13 P 3: 34 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. I. JOEL F. DUBINA | | | | | | | | | |
| 2. COMMON STOCKS | | | | | | | | | |
| 3. Insignia Fini Group Inc. | A | Dividend | J | T | | | | | |
| 4. Torchmark Corp | A | Dividend | K | T | Sold (part) | 01/07/09 | J | C | |
| 5. U. S. Shelter Corp. Del | A | Dividend | J | T | | | | | |
| 6. Torchmark Cap. Tr. III Sec | | None | | | Sold | 03/13/08 | J | | sold in 2008 |
| 7. Money Market Funds [____] Sterne, Agee & Leach | A | Interest | J | T | | | | | |
| 8. 12.5% interest Investments Unlimited, an L.L.C. | D | Rent | P1 | W | | | | | See Section VIII. |
| 9. 12.5% interest in house, Ada, AL | | None | L | W | | | | | |
| 10. II. TRUSTS ASSETS #1 | | | | | | | | | |
| 11. Money Market Funds [____] Sterne, Agee & Leach | A | Interest | L | T | | | | | |
| 12. Alabama Ind. Access R&B | B | Interest | K | T | | | | | |
| 13. University AL Huntsville (X) | B | Interest | L | T | | | | | |
| 14. Montgomery AL Tax CPN | B | Interest | L | T | | | | | |
| 15. General Electric | C | Dividend | K | T | | | | | |
| 16. Torchmark Corp. | B | Dividend | M | T | | | | | |
| 17. River Bank and Trust (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Huntsville, AL Warrants Series A | B | Interest | L | T | | | | | |
| 19. Irondale, AL Wts - Ser. D Ins. XLCA 4% | B | Interest | L | T | | | | | |
| 20. Intermediate Mun. Tr Sh Ben. Int. | C | Interest | M | T | | | | | |
| 21. Kraft Foods, Inc. | | None | | | Sold | 01/30/08 | K | | All was sold in 2008 |
| 22. Monsanto Co. | A | Dividend | | | Sold | 10/30/09 | J | A | |
| 23. Opp, AL Wts FSA B/E Cpn | B | Interest | L | T | | | | | |
| 24. U.S. Treasury Bond 5/375% | C | Interest | L | T | | | | | |
| 25. U.S. Treasury Bond 7.25% | C | Interest | L | T | | | | | |
| 26. Bank of America | | None | | | Sold | 03/02/09 | K | | |
| 27. State Street Corp. | A | Dividend | | | Sold | 02/05/09 | J | | |
| 28. Burlington Northern Santa Fe | A | Dividend | | | Sold | 03/02/09 | J | | |
| 29. Symantec Corp. | | None | | | Sold | 08/03/09 | K | | |
| 30. AFLAC Inc. | | None | | | Sold | 01/22/09 | K | | |
| 31. Potash Corp. Sask Inc. | A | Dividend | | | Sold | 07/16/09 | K | C | |
| 32. Ishares MSCI Emer. Mkts. Index | A | Dividend | K | T | Sold (part) | 08/27/09 | K | D | |
| 33. Altria Group Inc. | B | Dividend | K | T | | | | | |
| 34. Pfizer, Inc. | | None | | | Sold | 01/28/09 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Stryker Corp. | A | Dividend | K | T | | | | | |
| 36. John Hancock Flexible Prem. Life Ins. | | None | L | U | | | | | |
| 37. Adobe Systems | | None | K | T | Buy | 06/01/09 | K | | |
| 38. Barclays PLC ADR | A | Dividend | | | Buy | 08/03/09 | K | | |
| 39. | | | | | Buy | 08/18/09 | J | | |
| 40. | | | | | Sold | 12/08/09 | K | | |
| 41. Freeport McMoran | | None | J | T | Buy | 06/01/09 | J | | |
| 42. | | | | | Sold (part) | 10/28/09 | J | C | |
| 43. HSBC HLDGS PLC SPON ADR NEW | A | Dividend | K | T | Buy | 08/18/09 | K | | |
| 44. IShares MSCIS Korea Index | A | Dividend | J | T | Buy | 09/04/09 | J | | |
| 45. Microsoft Corp. | A | Dividend | J | T | Buy | 11/11/09 | J | | |
| 46. Novartis A G | | None | J | T | Buy | 09/15/09 | J | | |
| 47. Priceline Com | | None | J | T | Buy | 06/01/09 | K | | |
| 48. | | | | | Sold (part) | 08/10/09 | J | C | |
| 49. Select Sector SPDR TR SBI FINANCIAL | A | Dividend | J | T | Buy | 07/16/09 | K | | |
| 50. | | | | | Sold | 12/08/09 | K | C | |
| 51. | | | | | Buy (add'l) | 12/08/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Symantec Corp. | | None | | | Buy | 06/01/09 | J | | |
| 53. | | | | | Sold | 08/03/09 | J | | |
| 54. US Natural Gas Fund LP | | None | K | T | Buy | 05/20/09 | K | | |
| 55. PERSONAL HOLDINGS: | | | | | | | | | |
| 56. Money Market Funds Sterne, Agee | A | Interest | J | T | | | | | |
| 57. Torchmark Corp. | B | Dividend | N | T | Sold (part) | 07/22/09 | K | E | |
| 58. | | | | | Sold (part) | 10/09/09 | K | E | |
| 59. Torchmark Corp. Tr. III Sec. | | None | | | Sold | 03/13/08 | J | | Sold in 2008 |
| 60. 56 TMK, United Inc. | A | Dividend | J | T | | | | | |
| 61. 12.5% interest Investments Unlimited, as L.L.C. | D | Rent | P1 | W | | | | | See Section VIII |
| 62. 12.5% interest in house, Ada, AL | | None | L | W | | | | | |
| 63. Hancey Mill Road Farm, L.L.C. | | None | M | R | | | | | See Section VIII |
| 64. General Electric Com. | A | Dividend | J | T | | | | | |
| 65. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 66. Southern Copper Copr. | A | Dividend | | | Sold | 03/25/09 | J | B | |
| 67. Companhia Vale Do Ri Doce Spons Adr. | | None | | | Sold | 04/09/09 | J | A | |
| 68. Fairhope, AL Utilities | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R = Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Tuscaloosa, AL Warrant FSA B/E | A | Interest | K | T | | | | | |
| 70. Waddell & Reed | A | Dividend | J | T | | | | | Inadvertently removed 2008 |
| 71. Direxion Daily Financial Bear 3 Xshares | | None | J | T | Buy | 05/06/09 | J | | |
| 72. | | | | | Buy | 06/05/09 | J | | |
| 73. | | | | | Sold (part) | 07/15/09 | J | | |
| 74. Proshares Trust Powershares Ultrashort Real Estate | | None | J | T | Buy | 06/05/09 | J | | |
| 75. Pimco FDS Total Retu FD CLA | A | Dividend | J | T | Buy | 08/20/09 | J | | |
| 76. Powershares GloBale Trust Aggregate PFD Portfolio | A | Dividend | J | T | Buy | 11/19/09 | J | | |
| 77. Altria Group Inc. | A | Dividend | J | T | Buy | 08/20/09 | J | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII.    Investments & Trusts.

No. 8 & 61.    Property located in Montgomery County, AL; Walton County, FL; Lowndes County, AL

No. 63.    Effective December 31, 2007, I gifted my interest in land in Montgomery County, equally to [          ] I formed an L.L.C. named "Hancey Mill Road Farm, L.L.C." My 50% interest in the land was deeded into Hancey Mill Road Farm, L.L.C. and then gifted to [          ] in equal shares. The total value of this property at the time it gifted was $790,000 to be equally shared by the 4. I filed a gift tax return showing this transfer on 4/15/08.

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALS
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544